TEEDOR Co., INC., Respondent, *v.* WILLIAM KLEIN, Appellant.

Argued September 30, 1940; decided October 18, 1940.

*Paul W. Williams, Fred J. Knauer, Adolph Lund* and *Milton R. Weinberger* for appellant.

*Reuben Tally* and *Isaac M. Barnett* for respondent.

Order affirmed, with costs, and question certified answered in the affirmative. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.